No. 4777.—Peña et al., apldos., *v.* Vergne, aplte.—C. D. San Juan. Mayo 1, 1929. Apareciendo que la apelación fué establecida el 19 de septiembre de 1928 y la parte apelante fué solicitando prórrogas para presentar la transcripción del récord que le fueron concedidas hasta que el taquígrafo el 12 de marzo último solicitó de la corte que ordenara al apelante que depositara el importe de la transcripción lo que el apelante no hizo dentro del

término que se le concediera al efecto dejando así virtualmente abandonada la transcripción, y apareciendo además que dentro del término de ley no se ha archivado el legajo de la sentencia, se declara con lugar la moción de desestimación y en su consecuencia se desestima el recurso.